UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

MARTIN A. MARTINEZ,

                                                        **Affirmation of Service**

   -against-

                                                        Index No: 07-CV-5811

THE CITY OF NEW YORK,
POLICE OFFICER FRAUNDORFER shield #18836,
                Defendants.
_____X

     Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

   Madelyn Santana, Docketing Clerk #9
   Corporation Counsel for the City of New York
   100 Church Street, 4th Floor
   New York, New York 10007

   I delivered the above documents on June 21, 2007 at 11:40 a.m.

Dated: **Brooklyn, NY**
         **June 21, 2007**

                                                     David Zelman, Esq